MARC V. KALAGIAN
ATTORNEY AT LAW: 149034
ROHLFING & KALAGIAN, LLP
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
TELE: 562/437-7006
FAX:  562/432-2935
Email:  marckalagian_rohlfinglaw@hotmail.com

Attorneys for Plaintiff RICHARD A. JEFFREY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. JEFFREY,<br><br>           Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>           Defendant. | Case No.: CV 09-1834 CRB<br><br>[~~PROPOSED~~] ORDER EXTENDING THE BRIEFING SCHEDULE |

Based upon the parties' Stipulation to Extend Briefing Schedule, and for cause shown, IT IS ORDERED that Plaintiff is granted an extension of time in which to file his Motion for Summary Judgment November 7, 2009; and that all other scheduling dates set forth in the Order are extended accordingly.

Dated: _Oct. 13, 2009_____

_____
UNITED STATES [DISTRICT JUDGE]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

-1-