1   Marc V. Kalagian
    Attorney at Law: 149034
2   Rohlfing & Kalagian, LLP
    211 E. Ocean Boulevard, Ste. 420
3   Long Beach, California 90802
    Tel: (562) 437-7006
4   Fax: (562) 432-2935
    E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
    Attorneys for Plaintiff
6

7

8                 **UNITED STATES DISTRICT COURT**

9                 **NORTHEN DISTRICT OF CALIFORNIA**

10

11  RICHARD A. JEFFREY,              )  Case No.: CV 09-1834 CRB
                                     )
12              Plaintiff,           )  STIPULATION FOR DISMISSAL
                                     )  WITH PREJUDICE; AND ORDER
13  v.                               )
                                     )
14  MICHAEL J. ASTRUE,               )
    Commissioner of Social Security, )
15              Defendant.           )
                                     )
16                                   )
    _____ )
17

18          TO THE HONORABLE CHARLES R. BREYER, ~~MAGISTRATE~~ DISTRICT JUDGE

19  OF THE DISTRICT COURT:

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

                                    -1-

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that pursuant to F.R.Civ.P. Rule 41 (a) (1) (ii) the above captioned matter be dismissed with each side to bear its own costs.

DATE: 1/4/10                    Respectfully submitted,

                               ROHLFING & KALAGIAN, LLP


                               */s/-Marc V. Kalagian
                               Marc V. Kalagian
                               Attorney for Plaintiff

DATE: 1/4/10                   JOSEPH R. RUSSONIELLO
                               United States Attorney
                               LUCILLE GONZALES MEIS
                               Chief Civil Division


                               */s/-Leo R. Montenegro
                               Leo R. Montenegro
                               Special Assistant United States Attorney
                               Attorney for Defendant
                          [*By email authorization on December 31, 2009]


PURSUANT TO STIPULATION, IT IS SO ORDERED that this case shall be dismissed with prejudice.



Dated: _January 5, 2010_____

CHARLES R. BREYER
United States District Judge

-2-