1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHEN DISTRICT OF CALIFORNIA**

10

11 RICHARD A. JEFFREY,            ) Case No.: CV 09-1834 CRB
                                  )
12         Plaintiff,             ) STIPULATION FOR DISMISSAL
                                  ) WITH PREJUDICE; AND ORDER
13 v.                             )
                                  )
14 MICHAEL J. ASTRUE,             )
   Commissioner of Social Security,)
15         Defendant.             )
                                  )
16                                )
                                  )
17 _____

18    TO THE HONORABLE CHARLES R. BREYER, ~~MAGISTRATE~~ DISTRICT JUDGE

19 OF THE DISTRICT COURT:

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26

-1-

1    IT IS HEREBY STIPULATED by and between the parties, through their
2 respective counsel, that pursuant to F.R.Civ.P. Rule 41 (a) (1) (ii) the above
3 captioned matter be dismissed with each side to bear its own costs.

DATE: 1/4/10          Respectfully submitted,

                      ROHLFING & KALAGIAN, LLP


                      */s/-Marc V. Kalagian*
                      Marc V. Kalagian
                      Attorney for Plaintiff


DATE: 1/4/10          JOSEPH R. RUSSONIELLO
                      United States Attorney
                      LUCILLE GONZALES MEIS
                      Chief Civil Division



                      **/s/-Leo R. Montenegro*
                      Leo R. Montenegro
                      Special Assistant United States Attorney
                      Attorney for Defendant
                      [*By email authorization on December 31, 2009]


PURSUANT TO STIPULATION, IT IS SO ORDERED that this case shall be
dismissed with prejudice.



Dated: January 5, 2010          _____
                                CHARLES R. BREYER
                                United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

-2-